Jan Perkins, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28451. MITCHELL v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.

Napoleon Mitchell, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28455. GRANT v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.

George Grant, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28474. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.